UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD NORMAN and CELESTINE NORMAN,  )
                                       )
    Plaintiffs,                        )
                                       )
    vs.                                )
                                       )
CITY OF CHICAGO, a Municipal Corporation, )
JOHN DOE #1 and JOHN DOE #2,           )
                                       )
    Defendants.                        )

COMPLAINT AT LAW

Now come Plaintiffs RICHARD NORMAN and CELESTINE NORMAN by their attorneys Marszalek & Marszalek and state as follows:

*ALLEGATIONS COMMON TO ALL COUNTS*

1. This court has jurisdiction of the facts alleged in Count One of this Complaint pursuant to 28 U.S.C. sections 1331 and 1343. This court has supplemental jurisdiction of the facts alleged in Counts Two and Three pursuant to 28 U.S.C. section 1367.

2. Venue is proper in this district pursuant to 28 U.S.C. section 1391(b) in that a substantial part of the events giving rise to the claim occurred in this district.

3. The Fourth Amendment to the United States Constitution states:

1

> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

4. The Fourth Amendment applies to the States via the Fourteenth Amendment to the United States Constitution, which states, *inter alia*:

> All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall deprive any person of life, liberty, or property, without due process of law…

5. Plaintiffs RICHARD NORMAN and CELESTINE NORMAN are citizens of the United States. They are African American.

6. On or about June 14, 2019, Plaintiffs RICHARD NORMAN and CELESTINE NORMAN owned the premises located at 1448 South Komensky Avenue in Chicago. They resided on those premises with members of their family.

7. On or about June 5, 2019, the son of Plaintiffs died. The name of the son was RICHARD NORMAN, JR.

8. On or about June 14, 2019, Plaintiffs RICHARD NORMAN and CELESTINE NORMAN and their family were holding a "repast" at 1448 South Komensky Avenue in Chicago for the death of their son RICHARD NORMAN, JR.

9. On or about June 14, 2019, two (2) non-uniformed police officers employed by Defendant CITY OF CHICAGO entered the premises at 1448 South Komensky Avenue in Chicago without a warrant, without

probable cause and without permission. The names of these two officers are unknown at this time. Hereinafter, they will be referred to as Defendants JOHN DOE #1 and JOHN DOE #2.

10. Defendants JOHN DOE #1 and JOHN DOE #2 caused over Two Thousand Dollars ($2,000.00) in damage to Plaintiffs' property at 1448 South Komensky Avenue when they entered the premises, without a warrant, without probable cause and without permission, searching for a criminal suspect who was not on the subject premises.

11. Upon information and belief, Defendants JOHN DOE #1 and JOHN DOE #2 were searching at the wrong address.

## COUNT ONE - VIOLATION OF CONSTITUTIONAL RIGHTS

Now come Plaintiffs RICHARD NORMAN and CELESTINE NORMAN by their attorneys Marszalek & Marszalek and complaining of Defendants JOHN DOE #1 and JOHN DOE #2 state as follows:

12. This is a claim for violation of the civil rights of Plaintiffs RICHARD NORMAN and CELESTINE NORMAN as protected by the Constitution and laws of the United States under 42 U.S.C. section 1983.

13. At all times relevant to this Complaint, Defendants JOHN DOE #1 and JOHN DOE #2 acted knowingly, intentionally, willfully, and maliciously.

14. Upon information and belief, both Defendants JOHN DOE #1 and JOHN

DOE #2 were caucasian.

15. The governmental unit under whose authority Defendants JOHN DOE #1 and JOHN DOE #2 acted is the Defendant CITY OF CHICAGO.

16. As a result of the conduct of Defendants JOHN DOE #1 and JOHN DOE #2, Plaintiffs RICHARD NORMAN and CELESTINE NORMAN were deprived of their rights under the Fourth Amendment to the United States Constitution.

17. Plaintiff asks that the case be tried by a jury.

**WHEREFORE,** Plaintiffs ask for the following relief from Defendants JOHN DOE #1 and JOHN DOE #2:

a) damages to compensate for all loss of freedom from unreasonable searches, emotional harm, loss of enjoyment of life, and any other injuries inflicted by Defendants JOHN DOE #1 and JOHN DOE #2; and

b) such other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. §1988.

### COUNT TWO – COMMON LAW NEGLIGENCE

Now comes Plaintiffs RICHARD NORMAN and CELESTINE NORMAN by their attorneys Marszalek & Marszalek and complaining of Defendants CITY OF CHICAGO, JOHN DOE #1 and JOHN DOE #2 state as follows:

12. On or about June 14, 2019 and at all times relevant to this

Complaint, Defendants JOHN DOE #1 and JOHN DOE #2 had a duty to exercise reasonable care and caution in determining whether probable cause existed before searching premises.

13. On or about June 14, 2019 and at all times relevant to this Complaint, Defendants JOHN DOE #1 and JOHN DOE #2, individually and as agents of Defendant CITY OF CHICAGO, were negligent in one or more of the following ways:

    a. Searched the premises at 1448 South Komensky Avenue before ascertaining whether 1448 South Komensky Avenue was the correct address to search;

    b. Failed to establish that there was probable cause to search the premises at 1448 South Komensky Avenue.

14. As a direct and proximate result of one or more of the negligent acts or omissions mentioned in Paragraph 13 of this Count Two, Plaintiffs' property was damaged and Plaintiffs suffered emotional injuries, humiliation and grief due to their house being ransacked while they were burying their son.

15. Plaintiffs ask that this case be tried by a jury.

**WHEREFORE,** Plaintiffs ask for damages to compensate them for all property damage and any other damage inflicted by Defendants JOHN DOE #1, JOHN DOE #2 and CITY OF CHICAGO.

## *COUNT THREE - INDEMNITY*

Now comes Plaintiffs RICHARD NORMAN and CELESTINE NORMAN by their attorneys Marszalek & Marszalek and complaining of Defendant CITY OF CHICAGO state as follows:

12. At all times relevant to this Complaint, there existed a statute in the State of Illinois reading as follows:

> In case any injury to the person or property of another is caused by a member of the police department of a municipality having a population of 500,000 or over, while the member is engaged in the performance of his or her duties as a police officer, and without the contributory negligence of the injured person or the owner of the injured property, or the agent or servant of the injured person or owner, the municipality in whose behalf the member of the municipal police department is performing his or her duties as a police officer shall indemnify the police officer for any judgment recovered against him or her as the result of such injury, except where the injury results from the wilful misconduct of the police officer. A municipality, which is not otherwise required to indemnify pursuant to this Section, may indemnify a police officer for any judgment recovered against him or her for injuries sustained as a result of the police officer's performance of his duties as a police officer. 65 ILCS 5/1-4-5

13. At all times relevant to this Complaint, there existed a statute in the State of Illinois reading as follows:

> A local public entity is empowered and directed to pay any tort judgment or settlement for compensatory damages (and may pay any associated attorney's fees and costs) for which it or an employee while acting within the scope of his employment is liable in the manner provided in this Article. 745 ILCS 10/9-102

14. At all times relevant to this Complaint, Defendants JOHN DOE #1 and JOHN DOE #2 were acting within the scope of their employment with Defendant CITY OF CHICAGO.

15. Plaintiffs ask that this case be tried by a jury.

WHEREFORE, in the event a judgement is entered against Defendants JOHN DOE #1 and/or JOHN DOE #2, Plaintiffs RICHARD NORMAN and CELESTINE NORMAN pray for indemnification of them by Defendant CITY OF CHICAGO pursuant to the above statutes.

/s/ John E. Marszalek

Attorney for Plaintiffs

JOHN E. MARSZALEK
Marszalek & Marszalek
Attorneys for Plaintiffs
120 West Madison Street, Suite 801
Chicago, IL 60602
(312) 456-1700
Johnemarszalek@gmail.com
Illinois ARDC # 1776576