# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD NORMAN and CELESTINE NORMAN, | ) ) ) | No. 2019 C 05386 |
| Plaintiffs, | ) ) | Judge Kocoras |
| vs. | ) ) ) | |
| CITY OF CHICAGO, a Municipal Corporation, OFFICER ERIC FILIP (Star # 14523) and OFFICER JONATHAN MARTINEZ (Star # 17612) | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

_/s/ John E. Marszalek_
John E. Marszalek
Attorney for plaintiff, Richard Norman
and Celeste Norman
Marszalek & Marszalek
120 W. Madison, Ste. 801
Chicago, Illinois, 60602
(312) 456-1700
Attorney No. 01726576
DATE: 12-23-2020

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
Celia Meza
Acting Corporation Counsel
Attorney for City of Chicago

BY: _/s/ Victoria Benson_
Victoria Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 1/4/2021

_/s/ Jessica D. Ziswa_
Jessica D. Ziswa
Assistant Corporation Counsel III
Attorney for defendants, Eric Filip
And Johnathon Martinez
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6315939
DATE: 01/04/2021